# United States Court of Appeals
## For the First Circuit

No. 15-1045

UNITED STATES OF AMERICA,

Appellee,

v.

NICHOLAS WEBSTER

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on April 13, 2016, is amended as follows:

On page 3, line 16: "five years" is replaced with "five years'"

On page 5, line 1: "18 months" is replaced with "18 months'"

On page 6, footnote 5, line 2: "Cook," is replaced with "Cook;"

On page 9, line 5: "eleven months" is replaced with "eleven months'"

On page 10, line 5: "its" is replaced with "their"

On page 13, line 16: "it" is replaced with "said convictions"

On page 14, footnote 9, line 14: "firearm," is replaced with "firearm and"